

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2022

No. 04-21-00464-CR

Patricia Dawn **HANVY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-837-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's brief was originally due by February 4, 2022 and was not filed. We notified the pro se appellant of the deficiency on February 17, 2022. *See* TEX. R. APP. P. 38.8(b)(2). In that notice, we cautioned appellant that if we did not receive an adequate response by February 28, 2022, we would abate this appeal to the trial court for an abandonment hearing. *See id.* Neither the brief nor a motion for extension of time to file the brief has been filed.

Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we **ORDER** this appeal **ABATED** and **ORDER** the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute her appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant. However, since appellant is pro se, the trial court shall order appellant

to be present at the hearing in whatever format the trial court uses as a result of the COVID-19 pandemic.

We further **ORDER** the trial court to notify this court of the date of the hearing within 5 days of the date the hearing is set. Finally, we **ORDER** the district clerk and court reporter to, within 30 days of the date of the hearing, file a supplemental clerk's and reporter's records in this court which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted; (2) written findings of fact and conclusions of law; and (3) recommendations addressing the above enumerated questions.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2022.

MICHAEL A. CRUZ, Clerk of Court